COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

RAFAEL MARTINEZ, §

        No. 08-09-00230-CV

          Appellant, §

        Appeal from the

v. §

        34th Judicial District Court

   §

RANDY J. POLLET, M.D., §

        of El Paso County, Texas

   §

        Appellee. §

        (TC# 2009-2303)

   §

## **O P I N I O N**

Pending before the Court is Appellant's unopposed motion to lift abatement and dismiss this appeal. The appeal was abated on July 20, 2011, on Appellant's motion to permit the parties to negotiate a settlement agreement. According to the motion now before the Court, the parties have settled their dispute, and Appellant no longer wishes to pursue the appeal. Appellant states that he has conferred with Appellee, and that Appellee does not oppose the motion. Accordingly, the motion is GRANTED. The appeal is reinstated on the docket of this Court, and is hereby dismissed. *See* TEX.R.APP.P. 42.1(a)(1).

October 11, 2011

               DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.